HUTCHINSON SOUTHGATE, as Trustee under the Will of CHARLES
L. R. HUTCHINSON, Deceased, Appellant, Impleaded with
Another, *v.* THE CONTINENTAL TRUST COMPANY OF THE CITY
OF NEW YORK et al., Respondents, and RENEE C. SOUTHGATE
et al., Appellants and Respondents.

*Southgate* v. *Continental Trust Co.,* 74 App. Div. 150, affirmed.
(Argued October 22, 1903; decided November 10, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Octo-
ber 17, 1902, modifying and affirming as modified a judgment
of Special Term construing the will of Charles L. R. Hutchin-
son, deceased.

*O. J. Wells* for appellant.

*Percival S. Menken* for Henry Southgate, as trustee for
Harriet Whitmore, appellant and respondent.

*Sherman Evarts* for Harriet A. Whitmore, appellant and
respondent.

Judgment affirmed, without costs, on opinion of PATTERSON,
J., below.

Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN,
CULLEN and WERNER, JJ.